IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00491-RPM

LATESSA MARTIN,

        Plaintiff,

v.

SEVEN SEVENTEEN HB DENVER CORPORATION,
d/b/a ADAM'S MARK HOTEL, INC.,

        Defendant.

_____

ORDER OF REMAND
_____

The defendant filed a Notice of Removal on March 12, 2007, alleging that jurisdiction of this matter is provided by 28 U.S.C. § 1332 because the plaintiff is a citizen of Nebraska and the defendant is a corporation incorporated in the state of Colorado and has its principal office in the state of Missouri.  The defendant is therefore a citizen of Colorado under 28 U.S.C. § 1332(c)(1) and a defendant who is a citizen of the state in which the action was brought may not remove on the basis of diversity jurisdiction.  Accordingly, it is

ORDERED that this civil action is remanded to the District Court, City and County of Denver, Colorado.

DATED: March 13th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge